IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 08-cr-00434-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**1.**    **JULIO CESAR AMAYA-AMAYA**;
2.    MARIO VARELA-MUNOZ,
    a/k/a Mario Barela-Munoz;
3.    LUIS FERNANDO OLIVAS-AGUIRRE,

        Defendants.

## ORDER AND NOTICE OF CHANGE OF PLEA HEARING

THIS MATTER comes before the Court following the filing of a Notice of Disposition **(#36)** on November 13, 2008, by Defendant Julio Cesar Amaya-Amaya. The Court construes this Notice as a motion to change his plea and to have the Court consider the terms of the parties' plea agreement.

**IT IS THEREFORE ORDERED** that:

1.    Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters.

2.    A Change of Plea hearing is set for **February 2, 2009,** at **10:30 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.[1]

---

[1] In criminal cases originating from the Grand Junction or Durango Jury Divisions of this Court, counsel shall be prepared to advise the Court at the time of the change of plea hearing whether a written request to have the

3. The motion hearing set for November 18, 2008, the final trial preparation conference set for December 11, 2008, and the December 15, 2008, trial date are **VACATED** as to Defendant Julio Cesar Amaya-Amaya, only.

DATED this 14th day of November, 2008.

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge

---

sentencing hearing conducted at the courthouse in either Grand Junction or Durango will be filed. *See Administrative Order 2007-8.*